# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1340**
**CAF 13-01090**
PRESENT: CENTRA, J.P., FAHEY, VALENTINO, WHALEN, AND DEJOSEPH, JJ.

---

IN THE MATTER OF JOHNATHAN CRAIG,
PETITIONER-RESPONDENT,

               V                         ORDER

AMBER M. YAKYMOVITCH, RESPONDENT-APPELLANT.

---

CHARLES T. NOCE, CONFLICT DEFENDER, ROCHESTER (KATHLEEN P. REARDON OF COUNSEL), FOR RESPONDENT-APPELLANT.

MAUREEN A. PINEAU, ROCHESTER, FOR PETITIONER-RESPONDENT.

-----------------------------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Monroe County (John B. Gallagher, Jr., J.), entered May 10, 2013 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded petitioner sole custody of the subject children.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: January 2, 2015                                Frances E. Cafarell
                                                      Clerk of the Court